UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AURORA LOAN SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-3188-G (BN) |
| JORGE GRIMALDO, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct, and the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 4, 2013.

*[signature: A. Joe Fish]*
A. JOE FISH
**Senior United States District Judge**